# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED, INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>**Plaintiffs,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535-0001<br><br>**Defendant.** | Case No. 18-cv-02567-BAH |

## AMENDED COMPLAINT

1. Plaintiffs JASON LEOPOLD and BUZZFEED, INC. file this Freedom of Information Act suit to force Defendant FEDERAL BUREAU OF INVESTIGATION to disclose certain files relating to an investigation conducted by Defendant.

### PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED, INC. are members of the media and made the FOIA requests at issue in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGTION is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

### JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

### REQUEST #1
### (FOIPA REQUEST NO.: 1418863-000)

6. On October 4, 2018, Plaintiffs requested from Defendant the following investigative records: (1) "A copy of the final report sent to the White House and the Senate Judiciary Committee on either October 3 or October 4, 2018 on Supreme Court nominee Brett Kavanaugh"; and (2) "All interview notes; investigative notes; FD-302s relating or referring to the FBI investigation into allegations leveled against Mr. Kavanaugh."  A true and correct copy of that correspondence is annexed hereto as Exhibit A.

7. On October 11, 2018, Defendant acknowledged receipt of the request and assigned it FOIPA Request No.: 1418863-000.  A true and correct copy of that correspondence is annexed hereto as Exhibit B.

8. The same day, Defendant also granted expedited processing pursuant to 28 C.F.R. § 16.5(e)(1)(ii) because Plaintiffs provided sufficient information demonstrating an "urgency to inform the public about an actual or alleged federal government activity."  A true and correct copy of that correspondence is annexed hereto as Exhibit C.

9. In addition to granting expedited processing, that same day Defendant also informed Plaintiffs unusual circumstances applied to the processing of the request.  A true and correct copy of that correspondence is annexed hereto as Exhibit D.

10. As of the date of this Amended Complaint, Defendant has not provided a determination or produced any records within the relevant statutory timelines.

11. Because Defendant has failed to adhere to certain statutory mandates regarding timeliness in responding to the request, Plaintiffs are deemed by statute to have fulfilled the administrative exhaustion requirement.

**REQUEST #2**
**(FOIPA REQUEST NO.: 1418859-000)**

12. On October 5, 2018, Plaintiffs requested from Defendant the following investigative and non-investigative records: (1) "All submissions to the FBI tip line, FBI web portal and emails to FBI Headquarters relating or referring to Supreme Court nominee Brett Kavanaugh, allegations leveled against him referring to sexual assault, his character, his drinking, Georgetown Prep, his years as a high school student and college student, requests by individuals to be interviewed by the FBI." A true and correct copy of that correspondence is annexed hereto as Exhibit E.

13. In the same request, Plaintiffs also asked for: "All correspondence between the FBI and any individual who submitted a tip about Mr. Kavanaugh to the FBI through the web portal, emails and/or tip line"; "All records, which includes but is not limited to emails, memos and letters, between FBI personnel who mentioned or referred to these submissions as part of the investigation into his background as the bureau was instructed to undertake by the White House and Senate Judiciary Committee"; and "All correspondence between the FBI and the Department of Justice relating or referring to the FBl's investigation into any allegations leveled against Brett Kavanaugh by his accusers." *Id.*

14. On October 11, 2018, Defendant acknowledged receipt of the request and assigned it FOIPA Request No.: 1418859-000. A true and correct copy of that correspondence is annexed hereto as Exhibit F.

15. The same day, Defendant also granted expedited processing pursuant to 28 C.F.R. § 16.5(e)(1)(ii) because Plaintiffs provided sufficient information demonstrating an "urgency to inform the public about an actual or alleged federal government activity." A true and correct copy of that correspondence is annexed hereto as Exhibit G.

16. In addition to granting expedited processing, that same day Defendant also informed Plaintiffs unusual circumstances applied to the processing of the request. A true and correct copy of that correspondence is annexed hereto as Exhibit H.

17. As of the date of this Amended Complaint, Defendant has not provided a determination or produced any records within the relevant statutory timelines.

18. Because Defendant has failed to adhere to certain statutory mandates regarding timeliness in responding to the request, Plaintiffs are deemed by statute to have fulfilled the administrative exhaustion requirement.

### REQUEST #3
### (FOIPA REQUEST NO.: 1418851-000)

19. On October 6, 2018, in addition to the investigative records of the request, Plaintiffs requested from Defendant the following non-investigative records: (1) "A copy of the final report sent to the White House and the Senate Judiciary Committee on either October 3 or October 4, 2018 on Supreme Court nominee Brett Kavanaugh"; and (2) "All interview notes; investigative notes; FD-302s relating or referring to the FBI investigation into allegations leveled against Mr. Kavanaugh." A true and correct copy of that correspondence is annexed hereto as Exhibit I.

20. On October 11, 2018, Defendant acknowledged receipt of the request and assigned it FOIPA Request No.: 1418851-000. A true and correct copy of that correspondence is annexed hereto as Exhibit J.

21. The same day, Defendant also granted expedited processing pursuant to 28 C.F.R. § 16.5(e)(1)(ii) because Plaintiffs provided sufficient information demonstrating an "urgency to inform the public about an actual or alleged federal government activity." A true and correct copy of that correspondence is annexed hereto as Exhibit K.

22.     In addition to granting expedited processing, that same day Defendant also informed Plaintiffs unusual circumstances applied to the processing of the request.  A true and correct copy of that correspondence is annexed hereto as Exhibit L.

23.     As of the date of this Amended Complaint, Defendant has not provided a determination or produced any records within the relevant statutory timelines.

24.     Because Defendant has failed to adhere to certain statutory mandates regarding timeliness in responding to the request, Plaintiffs are deemed by statute to have fulfilled the administrative exhaustion requirement.

## REQUEST #4
### (FOIPA REQUEST NO.: 1418878-000)

25.     On October 6, 2018, Plaintiffs requested from Defendant the following non-investigative records: "A copy of all paper submissions made to the FBI by relating or referring to Supreme Court nominee Brett Kavanaugh and any accusations leveled against him about his conduct, his character, his behavior and/any records attesting to his character."  A true and correct copy of that correspondence is annexed hereto as Exhibit M.

26.     On October 11, 2018, Defendant acknowledged receipt of the request and assigned it FOIPA Request No.: 1418878-000.  A true and correct copy of that correspondence is annexed hereto as Exhibit N.

27.     The same day, Defendant also granted expedited processing pursuant to 28 C.F.R. § 16.5(e)(1)(ii) because Plaintiffs provided sufficient information demonstrating an "urgency to inform the public about an actual or alleged federal government activity."  A true and correct copy of that correspondence is annexed hereto as Exhibit O.

28. In addition to granting expedited processing, that same day Defendant also informed Plaintiffs unusual circumstances applied to the processing of the request. A true and correct copy of that correspondence is annexed hereto as Exhibit P.

29. As of the date of this Amended Complaint, Defendant has not provided a determination or produced any records within the relevant statutory timelines.

30. Because Defendant has failed to adhere to certain statutory mandates regarding timeliness in responding to the request, Plaintiffs are deemed by statute to have fulfilled the administrative exhaustion requirement.

### COUNT I – VIOLATION OF FOIA
**(Request #1)**

31. The above paragraphs are incorporated herein.

32. Defendant is an agency subject to FOIA.

33. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

34. One or more of the requested records are not exempt from disclosure.

35. Defendant has failed to produce the requested records.

### COUNT II – VIOLATION OF FOIA
**(Request #2)**

36. The above paragraphs are incorporated herein.

37. Defendant is an agency subject to FOIA.

38. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

39. One or more of the requested records are not exempt from disclosure.

40. Defendant has failed to produce the requested records.

### COUNT III – VIOLATION OF FOIA
**(Request #3)**

41. The above paragraphs are incorporated herein.

42. Defendant is an agency subject to FOIA.

43. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

44. One or more of the requested records are not exempt from disclosure.

45. Defendant has failed to produce the requested records.

## COUNT IV – VIOLATION OF FOIA
### (Request #4)

46. The above paragraphs are incorporated herein.

47. Defendant is an agency subject to FOIA.

48. Plaintiffs made a FOIA request to Defendant for agency records of Defendant.

49. One or more of the requested records are not exempt from disclosure.

50. Defendant has failed to produce the requested records.

**WHEREFORE**, Plaintiffs ask the Court to:

i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records;

ii. Award Plaintiffs attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

DATED: December 7, 2018

        Respectfully Submitted,

        /s/ Matthew L. Schafer

        Attorney for Plaintiffs

        Matthew Schafer (D.C. Bar 1008728)
        BUZZFEED, INC.
        111 East 18th Street, 14th Floor
        New York, NY 10003
        Tel.: (646) 798-0693
        Fax: (212) 431-7461
        Matthew.Schafer@BuzzFeed.com