THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, <br> 6824 Lexington Avenue <br> Los Angeles, CA 90038 <br><br> BUZZFEED, INC., <br> 111 East 18th Street, 13th Floor <br> New York, NY 10003 <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF <br> INVESTIGATION, <br> 935 Pennsylvania Avenue NW <br> Washington, DC 20535 <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-cv-2567-BAH |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant Federal Bureau of Investigation respectfully moves for a two-week extension of time to file its response to Plaintiffs' Amended Complaint, ECF No. 6. In support of this motion, and in accordance with the Court's Standing Order for Civil Cases, ECF No. 3 at 3, Defendant states as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the Amended Complaint is currently due by January 2, 2019.

2. No previous extension of time or continuance has been granted to either party.

3. Good cause exists to grant Defendant a two-week extension of time to file its response to the Amended Complaint. Plaintiffs served their Amended Complaint on the U.S. Attorney's Office for the District of Columbia on December 18, 2018. Due to counsel's traveling

for the holidays, and deadlines in other cases, Defendant respectfully submits that good cause exists to grant Defendant additional time to gather the appropriate materials and prepare an adequate response.

4. Pursuant to LCvR 7(m) and the Court's Standing Order, ECF No. 3 at 3, counsel for the parties have conferred on this motion. Plaintiffs consent to a schedule granting Defendant a two-week extension of time, until January 16, 2019, to file its response to the Amended Complaint.

For the foregoing reasons, Defendant respectfully requests that the Court grant its unopposed motion for extension of time. A proposed order is attached.

Date: December 20, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*