THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> BUZZFEED, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> *Defendant*. | Civil Action No. 1:18-cv-2567-BAH |

## DEFENDANT'S MOTION FOR A STAY IN LIGHT OF LAPSE IN APPROPRIATIONS

The Federal Bureau of Investigation ("FBI") hereby moves for a stay of its deadline to respond to the Plaintiffs' Amended Complaint, ECF No. 6, in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Defendant. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel from the Department of Justice therefore requests a stay of the FBI's January 16, 2019 deadline to respond to the Plaintiffs' Amended Complaint until Congress has restored appropriations to the Department.

1

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Undersigned counsel conferred with the Plaintiffs' counsel by e-mail on January 4, 2019. The Plaintiffs oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FBI hereby moves for a stay of its January 16, 2019 deadline to respond to the Amended Complaint until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date: January 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*