THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| | ) |
| BUZZFEED, INC., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-2567-BAH |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| *Defendant*. | ) |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 8, 2019, this Court granted the Defendant's motion for a stay of the Defendant's deadline to respond to the Amended Complaint in the above-captioned case. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and the Federal Bureau of Investigation, and the Department has now resumed its usual civil litigation functions. Pursuant to the Court's order, the Defendant shall file any response to the Amended Complaint within five days of Congress appropriating funds for the Defendant. Accordingly, the Defendant now intends to file a response to the Amended Complaint on or before January 30, 2019.

DATED: January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division

1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*