IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| | ) |
| BUZZFEED, INC., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-2567-BAH |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| *Defendant*. | ) |

## JOINT STATUS REPORT

Pursuant the Court's Minute Order of February 15, 2019, the parties have conferred and respectfully submit the following joint status report.

1. This case concerns four requests submitted to Defendant in October 2018 pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requests seek certain records related to the FBI's investigation into allegations against Supreme Court nominee Brett Kavanaugh.

2. Defendants' searches are ongoing with respect to Plaintiffs' FOIA requests. At present, Defendant has located approximately 907 pages of potentially responsive documents. Defendant is currently reviewing and processing those pages. Defendant anticipates that it will complete the remainder of its searches by March 22, 2019.

3. Defendant proposes making an initial interim production to Plaintiffs on May 3, 2019, of responsive, non-exempt records, and a subsequent interim production on June 7, 2019. Defendant anticipates making its final production on August 7, 2019. Defendant proposes that the parties meet and confer following final production and file a joint status report on August 21, 2019,

proposing further proceedings, if necessary.

Dated: March 15, 2019

Respectfully submitted,

*/s/ Matthew Topic*
LOEVY & LOEVY
311 N. Aberdeen Street 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*