IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> BUZZFEED, INC., <br><br>       *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>       *Defendant*. | Civil Action No. 1:18-cv-2567-BAH |

**JOINT STATUS REPORT**

Pursuant the Court's Minute Order of March 15, 2019, the parties have conferred and hereby notify the Court of the status of this matter and jointly propose the briefing schedule detailed below.

1. This case concerns four requests submitted to Defendant in October 2018 pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requests seek certain records related to the FBI's investigation into allegations against Supreme Court nominee Brett Kavanaugh.

2. After Defendant answered the Amended Complaint, the parties conferred and proposed a production schedule consisting of Defendant's interim productions of responsive, non-exempt records on May 3, 2019, June 7, 2019, and August 7, 2019. *See* ECF No. 18 at ¶ 3. The parties additionally agreed to meet and confer following final production and file this joint status report ("JSR") proposing further proceedings, if necessary. *See id.* The Court accepted the parties' proposal. *See* Mar. 15, 2019, Minute Order.

3. Defendant's searches for records responsive to Plaintiffs' FOIA requests are

complete. Defendant produced responsive, non-exempt records in accordance with the parties' agreed-upon production schedule outlined above, *see* ECF No. 18 at ¶ 3.[1] To date, Defendant has produced a total of 2,029 pages to Plaintiffs.

4. Defendant's productions are complete with respect to Plaintiffs' first and third FOIA requests, which generally seek records related to the supplemental background investigation file for Supreme Court nominee Kavanaugh. *See* ECF No. 6 at 2, 4. The records responsive to those requests are being withheld in full pursuant to FOIA Exemption (b)(5), the Presidential Communications Privilege. Additionally, portions of those records are being withheld pursuant to FOIA Exemptions (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E).

5. Plaintiffs have agreed to eliminate additional requests for records responsive to their second and fourth FOIA requests, which generally seek submissions to the FBI tip line regarding Supreme Court nominee Kavanaugh. *See id.* at 3-4, 5-6. Defendant's productions of responsive, non-exempt records to Plaintiffs are therefore complete.

6. Plaintiffs intend to challenge at least some of Defendant's withholdings. The parties agree that these issues can be resolved through dispositive motions and have agreed to the following proposed briefing schedule:

- Defendant will file its motion for summary judgment on or before **October 21, 2019**;

- Plaintiffs will file their consolidated cross-motion for summary judgment and opposition to Defendant's motion on or before **November 20, 2019**;

---

[1] Defendant made an additional interim production to Plaintiffs on July 11, 2019.

- Defendant will file its consolidated reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion on or before **December 20, 2019**;

- Plaintiffs will file their reply in support of their cross-motion for summary judgment on or before **January 20, 2019**.

The parties respectfully request that the Court adopt this schedule.

7. The parties additionally request that the Court waive LCvR 7(h), which requires the parties to file a statement of material facts with their motions for summary judgment and a "statement of genuine issues setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated" with their response briefs. Statements of material fact would not serve a meaningful purpose in the parties' summary judgment filings in this FOIA case, but would take time away from preparing the summary judgment briefing.

Dated: August 21, 2019

Respectfully submitted,

*/s/ Matthew Topic*
LOEVY & LOEVY
311 N. Aberdeen Street 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

- 4 -

        */s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar 69114)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-2677
Fax: (202) 616-8460

*Counsel for Defendant*